Case 04-72907    Doc 35    Filed 03/25/08    Entered 03/25/08 13:58:20    Desc Main
                              Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JERRY W. DAVIS                                           Case Number: 04-72907
        708 DICKERMAN ST.                SSN-xxx-xx-3518
        ROCKFORD, IL  61102

                                                    Case filed on:      6/3/2004
                                                    Plan Confirmed on:  8/6/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $8,280.48          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 004 | SARAH DAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 1,459.66 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 1,459.66 | 0.00 | 0.00 | 0.00 |
| 999 | JERRY W. DAVIS | 0.00 | 0.00 | 0.48 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.48 | 0.00 |
| 001 | CALCARS | 4,500.00 | 4,500.00 | 4,500.00 | 1,134.55 |
|  | Total Secured | 4,500.00 | 4,500.00 | 4,500.00 | 1,134.55 |
| 001 | CALCARS | 131.37 | 131.37 | 40.70 | 0.00 |
| 002 | ROYCE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 217.45 | 0.00 | 0.00 | 0.00 |
| 006 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BRIAN JONES, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CRA SECURITY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CUB FOODS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FREDRIC B. ROTHMAN, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NATIONAL CITY BANK | 449.96 | 449.96 | 139.38 | 0.00 |
| 012 | SCHEER GREEN & BURKE CO | 1,324.69 | 1,324.69 | 410.34 | 0.00 |
| 013 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SAV-A-LOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | THE CASH STORE | 276.00 | 276.00 | 85.50 | 0.00 |
| 018 | WALMART STORES INC | 185.04 | 185.04 | 57.32 | 0.00 |
| 019 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,584.51 | 2,367.06 | 733.24 | 0.00 |
|  | Grand Total: | 9,908.17 | 8,231.06 | 6,597.72 | 1,134.55 |

Total Paid Claimant:      $7,732.27
Trustee Allowance:        $548.21          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   30.98            discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                    Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 03/26/2008            By  /s/Heather M. Fagan